[Nos. 36743-9-I; 36744-7-I;  Division One.  August 4, 1997.]
36745-5-I; 36746-3-I.

*In the Matter of the Dependency* of M.I.S., M.S., N.S.,
M.R.S.

A.S., ET AL, *Appellants*, v. THE DEPARTMENT OF
SOCIAL & HEALTH SERVICES, *Respondent*.

Appeal from judgments of the Superior Court for King
County, Nos. 94-7-01073-3, 94-7-01074-1, 94-7-01075-0 and
94-7-01076-8, Deborah Fleck, J., entered May 4, 1995.
*Affirmed* by unpublished opinion per Becker, J., concurred
in by Grosse and Webster, JJ.

[No. 36769-2-I.    Division One.    August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN TEAK
POCINWONG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00276-0, Kathryn E. Trumbull,
J., entered June 1, 1995. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Agid and Ellington, JJ.

[No. 37138-0-I.    Division One.    August 4, 1997.]

CROWLEY MARINE SERVICES, INC., *Appellant*, v. THE
DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-23543-7, John M. Darrah, J., entered
June 14, 1995. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.